Slip Op. 04-29

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD W. GOLDBERG, SENIOR JUDGE**

|  |  |
|---|---|
| ILVA LAMIERE E TUBI S.R.L. and ILVA S.P.A., <br><br>       Plaintiffs, <br><br>    v. <br><br> UNITED STATES, <br><br>       Defendant, <br><br>    and <br><br> BETHLEHEM STEEL CORPORATION and UNITED STATES STEEL CORPORATION, <br><br>       Defendant-Intervenors. | Court No. 00-00127 |

## JUDGMENT ORDER

Upon consideration of the Department of Commerce's <u>Final Results of Redetermination Pursuant to Court Remand</u> ("Redetermination Results") filed pursuant to the Court's decision in <u>ILVA Lamiere e Tubi S.r.l. and ILVA S.p.A. v. United States</u>, Slip Op. 03-97 (July 29, 2003), and all other papers filed herein, and no parties having filed comments regarding the Redetermination Results, it is hereby

**ORDERED** that the Redetermination Results are sustained in all respects.

   **SO ORDERED.**

                    /s/ Richard W. Goldberg

                    _____
                    **Richard W. Goldberg**
                    **Senior Judge**

**Dated:    March 26, 2004**
           **New York, New York**